IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

IFIA SOLIS MARTINEZ
    **DEBTOR (S)**

CASE NO: 10-07960 BKT

CHAPTER 13 (ASSET CASE)

**REQUEST FOR AUTHORIZATION & NOTICE
PURSUANT TO 11 USC § 363**

**TO THE HONORABLE COURT:**

    **COME NOW** debtor through the undersigned attorney, and respectfully avers and prays as follows:

1. On August 30th, 2010 the Debtor filed the instant bankruptcy petition. (Docket No.1)

2. Debtor is part of an inheritance from her deceased father in regards with a property located at Urb. San Martin #70, Rio Piedras, Puerto Rico.

3. The property was sold prior to the bankruptcy and debtor must now ratify such sale, as discussed with the Trustee.

4. The property being sold for $176,000.00 from which debtor holds a participation of $15,112.00 from which debtor agreed with the Trustee to make a lump sum payment of $5,000.00 in order to fund the plan.

5. Debtor respectfully request the authorization of this Honorable Court for debtor to ratify the afore stated sale.

6. In light of the above stated, debtor respectfully requests that an oder be entered to the effect that debtor will ratify the sale of the property as stated in paragraph number (4).

## NOTICE

"Parties in interest are notified the have fourteen (14) days to reject a proposed modification of a plan and request a hearing. If no opposition is filed within the prescribed period of time, the Court will enter and order granting the motion upon the filing of a certificated of service by the movant that adequate notice was given. Should and apposition be timely filed. The Court will schedule the motion for a hearing as a contested matter. Absent good cause, untimely rejections shall be denied".

**WHEREFORE,** the debtor respectfully request that this Court enter an Order to allow the extraordinary expense as necessary expense and thus allow the Debtor's to retain the $4,284.00 from their car insurance with any other appropriate relief this Court deem appropriate.

**I HEREBY CERTIFY** that this document was filed electronically on this same date using the **CM/ECF** system which will send notice of such filing to CM/ECF participants: Jose R. Carrion Ch. 13 Trustee, ecfmail@ch13-pr.com, and that true copy of this Request has been mailed to the creditors and parties in interest on the attached matrix without exhibits. These exhibits are available through the Court's electronic imaging.

This 16th, day of November, 2010.

**RESPECTFULLY SUBMITTED.**

*/S/ MARILYN VALDES ORTEGA*
MARILYN VALDES ORTEGA
USDC PR 214711
P.O.Box 195596
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail: valdeslaw@prtc.net